**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

FEB 21 2020

JAMES W. McCORMACK, CLERK
By:_____
                              DEP CLERK

**REGGIE SWINTON**                                                      **PLAINTIFF**

VS.                    CASE NO. 4:20-CV-177-LPR

**10 FITNESS INC., RODNEY PARHAM**                         **DEFENDANT**

### COMPLAINT

Now comes the Plaintiff, Reggie Swinton, by and through his counsel, Lloyd W. "Tre'"

Kitchens, of The Brad Hendricks Law Firm, and for his Complaint states as follows:

1.       Plaintiff is an African American individual resident of Pulaski County, Arkansas.

2.       Defendant 10 Fitness Inc., Rodney Parham is a domestic for-profit corporation.

Service may be obtained by serving the registered agent Eric Bucker at 1001 Rushing Circle, Suite

D, Little Rock, AR 72204.

3.       The events complained of herein occurred in Pulaski County, Arkansas.

4.       This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and is the proper venue

pursuant to 28 U.S.C. §1391.

### FACTS

5.       The parties to this litigation entered into a membership contract whereby Plaintiff

would have access and use of the health club facilities on Rodney Parham Road in Little Rock,

Arkansas.  The contract is not attached because the Plaintiff is no longer in possession of it.

6.       Plaintiff used the Defendant's facility for years.

7.       On or about 09/20/2019 the Plaintiff was exercising at the Defendant's facility at

about 2:00 p.m.

This case assigned to District Judge ___Rudofsky___
and to Magistrate Judge___Kearney___

8.      At that time the Plaintiff suffered an asthma attack and started wheezing.

9.      The Plaintiff called his son to bring his asthma inhaler form the house.

10.     Soon thereafter a woman, a white female, who was working out in the facility, and was also an employee of the Defendant chastised the Plaintiff, saying, "stop staring at me shit."

11.     The offending employee followed up with saying, "I work here and I can have you kicked out" and then went upstairs to get the manager Joe Davis, a white male.

12.     Mr. Davis told the Plaintiff he had to leave the facility.

13.     Plaintiff then asked the general manager of the facility Brett Smith, a white man, his opinion of the situation.  Ms. Smith also said the Plaintiff had to leave.

14.     When the Plaintiff asked why he had to leave Mr. Smith told him it was because he was looking at the white female employee.

15.     By kicking the Plaintiff out of the facility for allegedly looking at a white female, which Plaintiff did not do, the Defendant constructively terminated the contract between the parties due to the Plaintiff's race.

## COUNT I
## VIOLATION OF 42 U.S.C. §1981

16.     Plaintiff restates and incorporates the preceding paragraphs as if set forth herein verbatim.

17.     Plaintiff is a member of a protected class, African American.

18.     Defendant constructively terminated its contract with the Plaintiff on account of the Plaintiff's race.

19.     Any alleged reason for the Defendant's actions are mere pretext for racial discrimination.

20.     Plaintiff met all legitimate obligations and expectations of the agreement between the parties.

21.     The actions of the Defendant have damaged the Plaintiff.

WHEREFORE, Plaintiff prays for a judgment against the Defendant in an amount in excess of the minimum amount for Federal Diversity of Citizenship cases ($75,000), for attorney's fees and costs, and all other just and proper relief.

Respectfully submitted:

The Brad Hendricks Law Firm
500 C Pleasant Valley Dr.
Little Rock, AR  72227
(501) 221-0444 (P)
(501) 6610-196 (F)
tkitchens@bradhendricks.com

By: _____
Lloyd W. "Tré" Kitchens, ABN 99075

## VERIFICATION

I have read the above and foregoing and it is true and correct to the best of my knowledge and belief. Wherein I set my hand and seal this __17__ day of February, 2020.

_____
Reggie Swinton

STATE OF ARKANSAS     )
COUNTY OF PULASKI     )

Sworn to and subscribed before me, a Notary Public, on this __17th__ day of February.

_____
NOTARY PUBLIC

My Commission Expires: 

AUDRA L. MURRAY
MY COMMISSION # 12367826
EXPIRES: October 2, 2028
Pulaski County

3