IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REGGIE SWINTON**                                                                                          **PLAINTIFF**

v.                                    Case No. 4:20-cv-00177-LPR

**10 FITNESS INC RODNEY PARHAM**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice for failure to state a claim.

IT IS SO ADJUDGED this 21st day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE